IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, INC., f/k/a CENTER CAPITAL CORPORATION,<br>    Plaintiff,<br><br>          v.<br><br>CHETTY BUILDERS, INC.,<br>    Defendant. | CIVIL ACTION<br><br>NO. 10-5207 |
| WEBSTER CAPITAL FINANCE, INC., f/k/a CENTER CAPITAL CORPORATION,<br>    Plaintiff,<br><br>          v.<br><br>CARL E. CHETTY,<br>    Defendant. | CIVIL ACTION<br><br>NO. 10-5208 |
| WEBSTER CAPITAL FINANCE, INC., f/k/a CENTER CAPITAL CORPORATION,<br>    Plaintiff,<br><br>          v.<br><br>C.B. AVIATION, LLC,<br>    Defendant. | CIVIL ACTION<br><br>NO. 10-5209 |

**O R D E R**

**AND NOW**, this 20th day of May 2011, upon consideration of Defendant Chetty Builders, Inc.'s Motion to Open Confessed Judgment and Motion for Stay (Document No. 9, filed November 23, 2010), Plaintiff Webster Capital Finance, Inc., f/k/a Center Capital Corporation's Objection to Defendant Chetty Builders, Inc.'s Motion to Open Confessed Judgment and Motion for Stay (Document No. 14, filed December 14, 2010), Defendant Chetty Builders, Inc.'s Reply Brief in Support of its Motion to Open Confessed Judgment and Motion

1

for Stay (Document No. 15, filed January 5, 2011), Defendant Carl E. Chetty's Motion to Open Confessed Judgment and Motion for Stay (Document No. 8, filed November 23, 2010), Plaintiff Webster Capital Finance, Inc., f/k/a Center Capital Corporation's Objection to Defendant Carl E. Chetty's Motion to Open Confessed Judgment and Motion for Stay (Document No. 12, filed December 14, 2010), Defendant Carl E. Chetty's Reply Brief in Support of its Motion to Open Confessed Judgment and Motion for Stay (Document No. 13, filed January 5, 2011), Defendant C.B. Aviation, LLC's Motion to Open Confessed Judgment and Motion for Stay (Document No. 9, filed November 23, 2010), Plaintiff Webster Capital Finance, Inc., f/k/a Center Capital Corporation's Objection to Defendant C.B. Aviation, LLC's Motion to Open Confessed Judgment and Motion for Stay (Document No. 13, filed December 14, 2010), and Defendant C.B. Aviation LLC's Reply Brief in Support of its Motion to Open Confessed Judgment and Motion for Stay (Document No. 14, January 5, 2011), for the reasons set forth in the Memorandum dated May 20, 2011, **IT IS ORDERED** as follows:

1. Defendant Chetty Builders, Inc.'s Motion to Open Confessed Judgment and Motion for Stay is **DENIED**;

2. Defendant Carl E. Chetty's Motion to Open Confessed Judgment and Motion for Stay is **DENIED**; and

3. Defendant C.B. Aviation, LLC's Motion to Open Confessed Judgment and Motion for Stay is **DENIED**.

The Court having concluded that the amount of the confessed judgments in these three actions must be reformed (i) to reflect a reasonable attorney's fee and (ii) to accurately reflect the amount of defendants Chetty Builders, Inc., Carl E. Chetty, and C.B. Aviation, LLC's remaining indebtedness to plaintiff Webster Capital Finance, Inc., **IT IS FURTHER ORDERED THAT** a

hearing is **SCHEDULED** for Wednesday, May 25, 2011, at 10:30 a.m., for the limited purpose of receiving evidence and argument on those issues. The Court will thereafter modify the judgments by separate order.

**IT IS FURTHER ORDERED THAT** execution on the confessed judgments is **STAYED** until the Court conducts the hearing to which reference is made in this Order and modifies the confessed judgments to accurately reflect the amount of defendants' remaining indebtedness to Webster Capital Finance, Inc., and to provide for a reasonable attorney's fee.

> **BY THE COURT:**
>
> **_/s/ Hon. Jan E. DuBois___**
>
> **JAN E. DUBOIS, J.**